**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IRINA KHLEBNIKOVA, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 07-72324 <br><br> Agency No. A096-359-269 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 18, 2011[**]
San Francisco, California

Before: WALLACE, NOONAN, and CLIFTON, Circuit Judges.

By failing to challenge the BIA's findings that, even if credible,

Khlebnikova has not established past persecution and cannot establish a well-

founded fear of future persecution and by failing to challenge the agency's denial

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

of Khlebnikova's withholding of removal and Convention Against Torture claims, Khlebnikova's counsel has waived appeal of all her grounds for relief from removal. *See Alcaraz v. I.N.S.*, 384 F.3d 1150, 1161 (9th Cir. 2004). Upon review of the record, we do not believe that manifest injustice will result from denying Khlebnikova's petition on waiver grounds. *Id*.

The petition for review is DENIED.